# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00664-CV

---

**In re David Johnson**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## MEMORANDUM OPINION

Relator has filed a petition for writ of mandamus and a motion for emergency relief. Having reviewed the petition and the record provided, we deny the petition for writ of mandamus and the motion for emergency relief. *See* Tex. R. App. P. 52.8(a); *see also* Tex. R. App. P. 52.3(k)(1)(A) (requiring relator to provide "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); *In re Smith*, No. 03-14-00478-CV, 2014 WL 4079922, at *1 (Tex. App.—Austin Aug. 13, 2014, orig. proceeding) (denying mandamus relief when relator failed to provide sufficient record from which to evaluate her claim for mandamus relief); *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding) ("This court cannot make a sound decision based on an incomplete picture."). Furthermore, relator may still pursue the adequate remedy of a de novo hearing before the referring court. *See* Tex. Fam. Code § 201.015(a); *see also Olenick v. City of Austin*, No. 03-14-00339-CV, 2015 WL 4077245, at *2 (Tex. App.—Austin

June 30, 2015, pet. denied) (cautioning mandamus relief unavailable when an adequate remedy by appeal exists).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:   December 17, 2021